# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jerry Lamar Leonard, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00363-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2018 Order.

March 7, 2018

Frank G. Johns, Clerk
United States District Court